UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANBURY AREA COALITION FOR THE RIGHTS OF IMMIGRANTS, ET AL., | : : : |
| Plaintiffs, | : : |
| V. | : CASE NO. 3:06CV1992(RNC) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : : : : |
| Defendant. | : |

ORDER

On May 9, 2007, this Court conducted a telephone conference regarding plaintiffs' motion for preliminary injunction (Doc. #21). At the conference, the defendant agreed to produce the requested information to plaintiffs in a timely manner and without court intervention. The plaintiffs were advised to contact the undersigned if further court involvement was necessary.

As of the date hereof, neither plaintiffs nor defendant have contacted the Court regarding the pending motion. Accordingly, the motion is denied as moot, and the plaintiffs are directed to file a status report in accordance with Fed.R.Civ.P.16(b) on or before **September 26, 2007.**

So ordered.

Dated at Hartford, Connecticut this _____ day of September 2007.

/s/
Robert N. Chatigny
United States District Judge