UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANBURY AREA COALITION FOR THE RIGHTS OF IMMIGRANTS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil No.: 3:06CV1992(RNC)(DFM) |
| v. | ) ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

**JOINT MOTION FOR BRIEFING SCHEDULE**

On February 25, 2010, Magistrate Judge Martinez recommended denying without prejudice the motion for summary judgment of Defendant U.S. Department of Homeland Security. ECF No. 97. No party objected, and Judge Chatigny approved and adopted the recommended ruling. ECF No. 98. The parties have conferred through counsel in an effort to narrow the issues in dispute, and now respectfully request that the Court enter a briefing schedule for Defendant's renewed motion for summary judgment as set forth herein:

    August 26, 2010    Defendant's renewed motion for summary judgment

    October 4, 2010    Plaintiffs' opposition brief

    October 18, 2010    Defendant's reply brief

Respectfully submitted,

Dated: July 1, 2010
      /s/
Michael Wishnie (ct27221)
The Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven CT 06520-9090
Telephone: (203) 432 4800
Facsimile: (203) 432 1426
michael.wishnie@yale.edu


      /s/
Douglas P. Morabito (ct20962)
U.S. Attorney's Office
157 Church St.
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Douglas.Morabito@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Michael J. Wishnie
*Counsel for Plaintiffs*